UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARREL ARTHUR BRAUN                      CIVIL ACTION

VERSUS

JEFF SESSIONS                               NO.: 17-01469-BAJ-RLB

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 13)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Plaintiff's Complaint (Doc. 1). The *pro se* Plaintiff, an inmate confined at the Eastern Louisiana Mental Health System ("ELMHS"), in Jackson, Louisiana, filed this proceeding pursuant to 42 U.S.C. § 1983 against Defendants Jeff Sessions, Jeff Landry, Unknown Intel Corporation C.E.O., and Bill Gates complaining that Defendants have conspired against him. (*Id.*). The Magistrate Judge recommended that this action be dismissed, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, that the Court decline the exercise of supplemental jurisdiction over any potential state law claims, and that Plaintiff's pending Motions be denied as moot. (Doc. 13 at p. 4).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact,

conclusions of law, and recommendations therein. (*Id.* at p. 1). Plaintiff filed a timely Objection. (Doc. 14). Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 13)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that all claims brought by Plaintiff against Defendants are hereby **DISMISSED, WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all pending motions (Docs. 3, 4, 5, 6, 7, 8, 9, 10, 11, 15, and 16) are **DENIED AS MOOT.**

Baton Rouge, Louisiana, this 23rd day of April, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA